873]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Valentino, JJ.

DEVON FAISON et al., Respondents, v LEE LUONG, Defendant, and JAMES L. CUYLER et al., Appellants. (Appeal No. 2.) [1 NYS3d 873]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Valentino, JJ.

DEVON FAISON et al., Appellants-Respondents, v LEE LUONG, Respondent-Appellant, et al., Defendants. (Appeal No. 3.) [1 NYS3d 873]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Valentino, JJ.

HAMILTON EQUITY GROUP, LLC, as Assignee of HSBC Bank USA, National Association, Respondent, v BRIAN KUMAHOR, Individually and Doing Business as BKUMAHOR CONSULTING, Appellant, et al., Defendants. [1 NYS3d 874]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Whalen and DeJoseph, JJ.

In the Matter of the Judicial Settlement of the Final Account of JPMORGAN CHASE BANK N.A., Respondent, as Trustee of the Trust Created under the Last Will and Testament of LUCY GAIR GILL, Deceased, Dated October 26, 1975, for the Benefit of MARY GILL ROBY, et al., Appellants. [1 NYS3d 874]—Motion for reargument and renewal denied. Present—Centra, J.P., Fahey, Whalen and DeJoseph, JJ.

JENNIFER L. RECH, Respondent, v MICHAEL B. RECH, Appellant. (Appeal No. 2.) [1 NYS3d 874]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL MALDONADO, Appellant. [1 NYS3d 874]—Motion for reargument denied. Present—Scudder, P.J., Carni, Lindley and Valentino, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURLIE GREEN, Appellant. [1 NYS3d 874]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Valentino, JJ.

JERRY SWENEY, Respondent, v COUNTY OF NIAGARA et al., Appellants. COUNTY OF NIAGARA, Third-Party Plaintiff-